ORDERED in the Southern District of Florida on Oct. 14, 2008



Robert A. Mark, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

|  |  |
|---|---|
| In re:<br><br>MAURICE SYMONETTE,<br><br>        Debtor. | CASE NO.  08-23786-BKC-RAM<br>CHAPTER  13 |

**ORDER GRANTING MOTION TO REASSIGN CASE**

The Court is in receipt of Ocean Bank and Real Estate Property Holdings Corp.'s ("Ocean Bank") Motion to Reassign Case ("Motion to Reassign Case") [CP# 18]. The Court has considered the Motion to Reassign Case and finds that the Motion should be granted. Therefore, it is -

**ORDERED** that Ocean Bank's Motion to Reassign Case is granted

and this case shall be reassigned to Judge Laurel Isicoff.

###

COPIES TO:

Gary M. Freedman, Esq.

**(Attorney Freedman is directed to serve a copy of this Order on all interested parties)**