

**ORDERED in the Southern District of Florida on October 24, 2008.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

MAURICE SYMONETTE

          Debtor.        /

CASE NO.: 08-23786-BKC-LMI

Chapter 13

### ORDER DISMISSING CHAPTER 13 CASE WITH PREJUDICE FOR ONE YEAR

**THIS CAUSE** having come before the Court on October 23, 2008, at 10:00 a.m., pursuant to Ocean Bank and Real Estate Property Holdings Corp.'s Motion for Order Setting Show Cause Hearing as to Maurice Symonette's Violation of Bankruptcy Court Order [D.E. # 44 in Case No.  08-22795-BKC-LMI]; and the Court having heard argument of counsel, and based upon the reasons stated on the record; it is hereby

**ORDERED** as follows:

1.      This case is dismissed with prejudice for a period of one (1) year from the

date of this Order.

### 

Submitted by:

Gary M. Freedman
Tabas, Freedman, Soloff & Miller, P.A.
25 S.E. Second Avenue, Suite 919
Miami, FL 33131
Telephone: (305) 375-8171
Facsimile: (305) 381-7708

Copy furnished to:
Gary M. Freedman
Attorney Gary M. Freedman shall serve copies of this Order on all interested parties and file a certificate of service.